F I L E D
CHARLOTTE, N. C.

JUN 6 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CRIMINAL ACTION NO. 03-CR-35-1 |
| VERSUS | * | |
| WAYNE SHATLEY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The foregoing motion considered, IT IS ORDERED that Wayne Shatley be and hereby is continued on bail pending the timely filing of, and subsequent disposition of his petition for a writ of *certiorari* in the United States Supreme Court.

Statesville, North Carolina, this 5th day of June 2006.

_____
UNITED STATES DISTRICT JUDGE